PRO-SE
TAKEHIRO MITAMURA
5412 LA PATERA LN
LAS VEGAS, NEVADA 89149
TEL (702) 882-3435

2010 OCT -1  P 4: 14

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| TAKEHIRO MITAMURA, an individual, | Case No.: |
| Plaintiff, | **EX PARTE PETITION FOR INJUNCTIVE RELIEF AND TEMPORARY RESTRAINING ORDER AGAINST ALL DEFENDANTS HEREIN.** |
| vs. | |
| JOYCE LOZOW, an individual, and DOES 1-10, inclusive, | |
| Defendant. | CV-S-10-1709-GMN-RJJ |

## MOTION TO REMOVE THIS CASE FROM JUSTICE COURT –LAS VEGAS TOWNSHIP TO UNITED STATE DISTRICT COURT-DISTRICT OF NEVADA (LAS VEGAS)

On September 22, 2010, I appeared in Justice Court hearing regarding Case No: **10C-023084** brought by Joyce Lozow. It was requested by Judge Joseph S Sciscento that if I believe there was a illegal foreclosure process and federal violation by defendant that I should file a complaint in the United State District Court.

## INTRODUCTION

COMES NOW the Plaintiff TAKEHIRO MITAMURA, (hereinafter, "Plaintiff") with an ex parte request for injunctive relief and temporary restraining orders against Defendant JOYCE LOZOW for acts surrounding an illegal foreclosure process, used to predatorily take advantage of

*Takehiro Mitamura vs Joyce Lozow, et.al..*

Plaintiff. All allegations and breaches of the law are contained within a Complaint currently pending in the United States District Court, District of Nevada (Las Vegas), Case No._____.

Plaintiff and Defendant each claim a right to property located at 5412 La Patera Ln. Las Vegas Nevada, County of Clark. Numerous, complicated issues must be litigated prior to a legal determination of rights. Currently Defendants are attempting to procure the above-referenced property and dispose of it for profit. It is Plaintiffs bonafide contention that this is illegal and should be forbidden by operation of law.

Failure by this court to grant Plaintiff's the request for Temporary Injunctive Relief and a Temporary Restraining Order against the possession and/or sale of the property located at 5412 La Patera Ln. Las Vegas Nevada, County of Clark, will continue to produce <u>irreparable damage</u> to Plaintiff.

WHEREFORE, Plaintiff prays for an Order against the Defendant as follows:

1. Temporarily restrain Defendants from possession or sale of the property located at 5412 La Patera Ln. Las Vegas Nevada, County of Clark and is the subject of pending litigation, until such a decision of ownership can be made in the pending matter.
2. Any other and further relief that the Court considers just and proper.

Respectfully Submitted,

September 30, 2010

_____
PRO-SE
TAKEHIRO MITAMURA
5412 LA PATERA LN
LAS VEGAS, NEVADA 89149