RECORDING REQUESTED BY:

TAKEHIRO MITAMURA
5412 LA PATERA LN
LAS VEGAS NEVADA

AND WHEN RECORDED MAIL TO:

TAKEHIRO MITAMURA
5412 LA PATERA LN
LAS VEGAS NEVADA

\_FILED  \_RECEIVED
\_ENTERED \_SERVED ON
COUNSEL/PARTIES OF RECORD

2010 OCT -1  P 4: 14

U.S. DISTRICT COURT
DISTRICT OF NEVADA

BY_____DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA (LAS VEGAS)

## Case No.:

TAKEHIRO MITAMURA, an individual,

        Plaintiff(s),

CV-S-10-1709-GMN-RJJ

vs.

JOYCE LOZOW, an individual,

        Defendant(s).

### NOTICE OF PENDENCY OF ACTION ( LIS PENDENS )

Notice is given that the above-entitled action was filed in the above-entitled court on Oct. 01, 2010 by TAKEHIRO MITAMURA Plaintiff, against JOYCE LOZOW and DOES 1 through 10, Defendants. The action affects title to specific real property and the right to possession of specific real property identified in the Complaint.
The specific real property affected by the action is located in Clark County, Nevada, and

is described as follows:

**5412 La Patera Ln  Las Vegas, NV 89149, County of Clark, State of Nevada.**

_____
TAKEHIRO MITAMURA

October 0| , 2010

ACKNOWLEDGMENT (NOTARY)

State of _NV_ }
County of _CLARK_ }

Subscribed and sworn to before me this __/__ day of _October_ , 2010

_____
Notary Public
[Seal]

MELVERT B. NACIONAL
Notary Public State of Nevada
No. 08-7329-1
My appt. exp. July 17, 2012